IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTOINE ACEVEDO, | |
| Plaintiff, | NO. 3:15-CV-02035 |
| v. | (JUDGE CAPUTO) |
| STROUDSBURG SCHOOL DISTRICT, | (MAGISTRATE JUDGE SAPORITO) |
| Defendant. | |

## ORDER

**NOW**, this 21st day of October, 2016, upon review of the Report and Recommendation of Magistrate Judge Saporito (Doc. 12) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) Magistrate Judge Saporito's Report and Recommendation (Doc. 12) is **ADOPTED in its entirety**.

(2) Defendant's Motion to Dismiss (Doc. 8) is **GRANTED in part and DENIED in part.**

(3) Defendant's Motion to Dismiss (Doc. 8) is **GRANTED** with respect to Plaintiff's request for punitive damages, which is **DISMISSED with prejudice**.

(4) Defendant's Motion to Dismiss (Doc. 8) is **DENIED** with respect to all other claims.

(5) Defendant shall file an Answer to the Complaint **within fourteen (14) days** from the date of entry of this Order.

(6) The matter is **RECOMMITTED** to Magistrate Judge Saporito for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge