# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTOINE ACEVEDO, | |
| Plaintiff, | NO. 3:15-CV-2035 |
| v. | (JUDGE CAPUTO) |
| STROUDSBURG SCHOOL DISTRICT, | (MAGISTRATE JUDGE SAPORITO) |
| Defendant. | |

## ORDER

**NOW**, this 15th day of March, 2018, upon review of the Report and Recommendation of Magistrate Judge Joseph F. Saporito, Jr. (Doc. 39) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 39) is **ADOPTED in its entirety**.

(2) Defendant's Motion for Summary Judgment (Doc. 32) is **GRANTED**.

(3) Judgment is **ENTERED** in favor of Defendant and **AGAINST** Plaintiff on all claims.

(4) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge